# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISON

| | |
|---|---|
| Jason Carr, individually<br>and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>V.<br><br>LA Boring, LLC,<br><br>    Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 6:22-cv-00133<br>§<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S NOTICE OF FILING CONSENT FORMS

Pursuant to 29 U.S.C. § 216(b), Plaintiff Jason Carr, on behalf of himself and all others similarly situated, files the attached Consent to Become Party Plaintiff forms in the above-captioned collective action:

    Exhibit 2 – Robert Carr

    Exhibit 3 – Marie Pendleton

    Exhibit 4 – Eric Powell

    Exhibit 5 – Jason Terry

Dated: April 8, 2022

**SHELLIST LAZARZ SLOBIN LLP**

<u>/s/Ricardo J. Prieto</u>
Ricardo J. Prieto
TX State Bar No. 24062947
rprieto@eeoc.net
Melinda Arbuckle
TX State Bar No. 24080773
marbuckle@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

ATTORNEY-IN-CHARGE FOR ALL NAMED AND
OPT-IN PLAINTIFFS