**CONSENT TO JOIN WAGE CLAIM**

Print Name: ____Jason Terry_____

1. I hereby consent to participate in a collective action lawsuit against **LA Boring, LLC** (and its related entities) to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at MICHAEL D. LORE, P.C. and SHELLIST LAZARZ SLOBIN LLP as my attorneys to prosecute my wage claims.

4. I authorize the law firms and attorneys at MICHAEL D. LORE, P.C. and SHELLIST LAZARZ SLOBIN LLP to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: __[DocuSigned by: Jason Terry / 939A948BEF82489...]__   Date Signed: __1/17/2022__

**EXHIBIT 5**