UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JASON CARR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>LA BORING, LLC<br><br>DEFENDANT | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CA NO.6-22-cv-00133-JCB |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE PENDING COMPLAINT**

LA Boring, LLC ("Defendant") files this Unopposed Motion to Extend Time to Answer or Otherwise Respond and would respectfully show the Court as follows:

1. The undersigned Counsel for Defendant has been retained and is requesting additional time to answer or otherwise respond to collect information that will enable Defendant to answer.

2. Plaintiff is not opposed to this motion.

3. Defendant does not seek any extensions on any deadlines already determined by the Court.

4. Defendant respectfully asks that it have until June 8, 2022, so that Counsel may properly investigate and respond appropriately.

5. The extension will not delay this matter and is sought in the interests of justice.

Wherefore, Premises Considered, Defendant respectfully requests that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Original Complaint until June 8, 2022.

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law PLLC
409 North Fredonia, Suite 118
Longview, Texas 775601
(512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on May 19, 2022.

/s/ Douglas B. Welmaker
Douglas B. Welmaker