UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JASON CARR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF <br><br> v. <br><br> LA BORING, LLC <br><br> DEFENDANT | § § § § § § § § § § § § § § | CA NO.6-22-cv-00133-JCB |

**JOINT NOTICE OF SETTLEMENT OF CASE**

COMES NOW Plaintiff Jason Carr, Individually and on Behalf of All Others Similarly Situated and Defendant LA Boring, LLC, and file this Joint Notice of Settlement of Case and would respectfully show the Court as follows:

1. On July 18, 2022, the parties reached a settlement agreement in this case.

2. The parties are in the process of preparing the settlement documents and expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees within the next 30 days.

        Respectfully submitted,

        /s/Ricardo J. Prieto
        Ricardo J. Prieto
        Texas State Bar No. 24062947
        rprieto@eeoc.net
        Melinda Arbuckle
        Texas State Bar No. 24080773
        marbuckle@eeoc.net

11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

**Attorney-in-Charge for All Named and Opt-In Plaintiffs**


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law PLLC
409 North Fredonia, Suite 118
Longview, Texas 775601
(512) 799-2048
Email: doug@welmakerlaw.com


**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on July 19, 2022.

                                          /s/ Ricardo J. Prieto
                                          Ricardo J. Prieto